**RIVERA & ASSOCIATES**
1425 River Park Drive, Suite 250
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
Jamil R. Ghannam, SBN 300730

Attorneys for Defendants,
County of Sacramento,
Sacramento County Sheriff's Department

Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336

Attorneys for Plaintiffs
DAVON WILLIAMS and JAMES FRANKLIN

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVON WILLIAMS and JAMES FRANKLIN,<br><br>*Plaintiffs*,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>*Defendants*. | CASE NO: 2:17-cv-01726-JAM-EFB<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER** |

BY AND THROUGH THEIR RESPECTIVE COUNSELS OF RECORD, Plaintiffs Davon Williams and James Franklin (collectively "Plaintiffs") and Defendants County of

Stipulation and Proposed Order re: Request for Extension of Time for Responsive Pleading,
Page 1

Sacramento and Sacramento County Sheriff's Department (collectively "Defendants") hereby stipulate and agree to extend the deadline for Defendants to file a responsive pleading to Plaintiffs' complaint by seven (7) days, from the current deadline of October 9, 2017, to October 16, 2017. The parties further stipulate that good cause exists for this one-week extension of time due to the Defendants' ongoing investigation into the facts and circumstances of the allegations of the Complaint, and thereby respectfully request the Court approve this brief extension to permit Defendants to properly respond to the Complaint in accordance with the pleading requirements of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED:

DATED: October 6, 2017     LAW OFFICES OF MARK E. MERIN

(As authorized on 10/6/17)
*/s/ Mark E. Merin*
Mark E. Merin
Paul H. Masuhara
Attorney for Plaintiffs
Davon Williams and James Franklin

DATED: October 6, 2017     LAW OFFICES OF RIVERA & ASSOCIATES

*/s/ Jonathan B. Paul*
Jonathan B. Paul
Glen A. Williams
Attorney for Defendants
County of Sacramento and Sacramento County Sheriff's Department

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/6/2017     /s/ John A. Mendez
U.S. District Court Judge