**RIVERA & ASSOCIATES**
1425 River Park Drive, Suite 250
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
Glen A. Williams, SBN 257665

Attorneys for Defendants,
County of Sacramento, Sacramento County Sheriff's Department,
Amar Ghandi, and Tamiko Abbott

Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336

Attorneys for Plaintiffs
DAVON WILLIAMS and JAMES FRANKLIN

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVON WILLIAMS and JAMES FRANKLIN,<br><br>*Plaintiffs*,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>*Defendants*. | CASE NO: 2:17-cv-01726-JAM-EFB<br><br>**STIPULATION FOR LEAVE TO AMEND DEFENDANTS COUNTY OF SACRAMENTO AND SACRAMENTO COUNTY SHERIFF'S DEPARTMENT'S ANSWER TO FIRST AMENDED COMPLAINT; ORDER** |

BY AND THROUGH THEIR RESPECTIVE COUNSELS OF RECORD, Plaintiffs Davon Williams and James Franklin (collectively "Plaintiffs") and Defendants County of

Sacramento, Sacramento County Sheriff's Department, Amar Gandhi, and Tamiko Abbott (collectively "Defendants") hereby stipulate and agree that Defendants County of Sacramento and Sacramento County Sheriff's Department be permitted leave to file an amendment to their Answer [Doc. 17] to Plaintiffs' First Amended Complaint [Doc. 12]. The parties further stipulate that good cause exists for leave to amend, following meet and confer efforts between the parties during which it was agreed that Defendants County of Sacramento and Sacramento County Sheriff's Department would withdraw affirmative defenses asserted in their Answer [Doc. 17] without prejudice in order to streamline the parties' allegations and defenses and to avoid unnecessary motion practice. The parties further stipulate that, upon approval of this Stipulation by the Court, the [Proposed] First Amended Answer to Plaintiffs' First Amended Complaint for Violation of Civil and Constitutional Rights, attached hereto as Exhibit A should be deemed filed and serve as the operative responsive pleading by Defendants County of Sacramento and Sacramento County Sheriff's Department.

    IT IS SO STIPULATED.

DATED: December 7, 2017                        LAW OFFICES OF MARK E. MERIN

                                              (As authorized on December 7, 2017)
                                              */s/ Paul H. Masuhara*
                                              Mark E. Merin
                                              Paul H. Masuhara
                                              Attorney for Plaintiffs
                                              Davon Williams and James Franklin

DATED: December 7, 2017                        LAW OFFICES OF RIVERA & ASSOCIATES

                                              */s/ Glen A. Williams*
                                              Jonathan B. Paul
                                              Glen A. Williams
                                              Attorney for Defendants
                                              County of Sacramento and Sacramento County
                                              Sheriff's Department

# PROPOSED ORDER

**PURSUANT TO STIPULATION AND GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED** that Defendants County of Sacramento and Sacramento County Sheriff's Department are granted leave to amend their Answer [doc. 12].

**IT IS FURTHER ORDERED** that Defendants County of Sacramento and Sacramento County Sheriff's Department's [Proposed] First Amended Answer To Plaintiffs' First Amended Complaint For Violation Of Civil And Constitutional Rights, attached hereto as Exhibit A is deemed filed and shall serve as the operative responsive pleading by Defendants County of Sacramento and Sacramento County Sheriff's Department.

**IT IS SO ORDERED.**

Dated: 12/08/2017                          /s/ John A. Mendes
                                           U.S. District Court Judge