**RIVERA & ASSOCIATES**
1425 River Park Drive, Suite 250
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
Glen A. Williams, SBN 257665

Attorneys for Defendants,
County of Sacramento, Sacramento County Sheriff's Department,
Amar Ghandi, and Tamiko Abbott

Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336

Attorneys for Plaintiffs
DAVON WILLIAMS and JAMES FRANKLIN

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVON WILLIAMS and JAMES FRANKLIN,<br><br>*Plaintiffs*,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>*Defendants*. | CASE NO: 2:17-cv-01726-JAM-EFB<br><br>**JOINT STIPULATION AND ORDER EXTENDING THE DISPOSITIONAL DOCUMENT FILING DEADLINE** |

IT IS HEREBY STIPULATED by and between Plaintiffs Davon Williams and James Franklin ("Plaintiffs") and Defendants County of Sacramento, Sacramento County Sheriff's

Department, Amar Gandhi and Tamiko Abbott ("Defendants", and Plaintiffs and Defendants collectively referred to herein as "the Parties"), by and through their respective attorneys of record as follows:

Whereas the Parties have reached a settlement in this matter and filed Notice of Settlement [Dkt. 23] on August 6, 2018;

Whereas the Parties have executed a settlement agreement and release and are prepared to file a stipulated dismissal with prejudice upon the delivery of settlement funds to Plaintiffs;

Whereas the County of Sacramento has yet to complete processing of the settlement funds for delivery to Plaintiffs;

Whereas counsel for Defendants has been advised that the settlement draft is currently being processed and delivery thereof should occur sometime this month;

It is therefore STIPULATED AND AGREED, by and between the Parties that the deadline for filing of dispositional documents should be extended from September 7, 2018 for an additional three (3) weeks until Friday, September 28, 2018.

IT IS SO STIPULATED.

DATED: September 6, 2018      LAW OFFICES OF MARK E. MERIN

(As authorized on 9/6/18)
*/s/ Paul H. Masuhara*
Mark E. Merin
Paul H. Masuhara
Attorney for Plaintiffs
Davon Williams and James Franklin

DATED: September 6, 2018      LAW OFFICES OF RIVERA & ASSOCIATES

*/s/ Glen A. Williams*
Jonathan B. Paul
Glen A. Williams
Attorney for Defendants County of Sacramento, Sacramento County Sheriff's Department, Amar Gandhi, and Tamiko Abbott

# **ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby orders that dispositional documents are to be filed not later than Friday, September 28, 2018.

**IT IS SO ORDERED.**

Dated: 9/6/2018  /s/ John A. Mendez\_\_\_\_\_
U.S. District Court Judge